1  SCOTT N. SCHOOLS, SCSBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11
   NAMITA Y. PRABHU,                    )
12                                      )   No. C 07-1123 EMC
                 Plaintiff,             )
13                                      )
          v.                            )   **STIPULATION TO EXTEND BRIEFING**
14                                      )   **SCHEDULE AND HEARING DATE;**
   MICHAEL CHERTOFF, Secretary of the   )   **AND [PROPOSED] ORDER**
15 Department of Homeland Security, and )
   ROBERT S. MUELLER, III. Director of  )
16 Federal Bureau of Investigation,     )
                                        )
17               Defendants.            )

18
       The plaintiff, by and through her attorney of record, and the defendants, by and through their
19
   attorneys of record, hereby stipulate, subject to approval of the Court, to extend the briefing
20
   schedule and the hearing date in the above-entitled matter, in light of the following:
21
       (1) The plaintiff is a native and citizen of India who filed a Form I-485 application to adjust
22
   her status to lawful permanent resident with the United States Citizenship and Immigration
23
   Services (USCIS) on August 3, 2005.
24
       (2) On February 23, 2007, the plaintiff filed the above-entitled action, seeking an order
25
   directing the USCIS to adjudicate her I-485 application.
26
       (3) At the case management conference, this Court set a briefing schedule and a hearing on
27
   September 19, 2007.
28
       (4) In light of the reasonable possibility that this case may be administratively resolved, the
   STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING DATE
   C07-1123 EMC                              1

1 | parties respectfully ask this Court to extend the briefing schedule and the hearing date.  The parties
2 | propose the following revised schedule:
3 |    Cross-Motions for Summary Judgment due:       October 3, 2007
4 |    Cross-Oppositions due:       October 17, 2007
5 |    Hearing:       October 31, 2007, at ~~10:30 a.m.~~ 3:00 p.m

8 | Dated: July 25, 2007        /s/
      EDWARD A. OLSEN
9 |       Assistant United States Attorney
      Attorneys for Defendants

12 | Dated: July 30, 2007        /s/
      DONALD UNGAR, ESQ.
13 |       Attorney for Plaintiff

16 | **ORDER**

17 |     The Case Management Statement and Proposed Order are hereby adopted as the Case
18 | Management Order for the case and the parties are hereby ordered to comply with this order.

20 | Dated: Aug. 2, 2007        _____
21 |       EDWARD M. CHEN
      United States

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING DATE
C07-1123 EMC        2