1  Donald Ungar, Cal. SBN 29989
   50 California Street, Suite 470
2  San Francisco, California 94111
   Tel: (415) 421 0860
3
   Attorney for Plaintiff
4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11
   NAMITA PRABHU,                    )        No. CV 0701123 EMC
12                                   )
      Plaintiff,                     )
13                                   )        STIPULATION TO CONTINUE
      v                              )        DATE OF HEARING ON MOTIONS
14                                   )        FOR SUMMARY JUDGMENT AND
                                     )        [P~~ROPO~~SED] ORDER
15 MICHAEL CHERTOFF, et al.,         )
                                     )
16    Defendants.                    )
                                     )
17 _____)

18                              STIPULATION

19        By and through their respective counsel, and subject to the court's approval, the parties

20 hereby stipulate that the hearing on their respective motions for summary judgment, which shall

21 be filed on October 3, 2007, may be continued to November 14, 2007 at 10:30 a.m.   The parties

22 have entered into this stipulation because counsel for plaintiff unexpectedly will be out of the

23 country on October 31, 2007, the date currently set for such hearing.

24

25 Dated: October 1, 2007                     Dated: October 1, 2007

26
       /s/                                       /s/
27 Donald Ungar                               Edward A. Olsen
   Attorney for Plaintiff                     Assistant United States Attorney
28                                            Attorney for Defendants

ORDER

Per the foregoing stipulation, the hearing on the parties respective motions for summary judgment shall be held on Wednesday, November 14, 2007 at 10:30 a.m. Cross-Motions remain due on 10/3/07. Cross-Opposition due on 10/17/07.

Dated: October 2, 2007



EDWARD M. CHEN
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen