SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAMITA Y. PRABHU,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, and ROBERT S. MUELLER, III. Director of Federal Bureau of Investigation,<br><br>　　　　　Defendants. | No. C 07-1123 EMC<br><br>**STIPULATION TO DISMISS; AND [~~PROPOS~~ED] ORDER** |

　　The plaintiff, by and through her attorney of record, and the defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled action in light of the fact that USCIS has agreed to adjudicate the plaintiff's I-485 application within thirty days of the dismissal of this action.

　　Each of the parties shall bear its own costs and fees.

| | |
|---|---|
| Dated:  October 16, 2007 | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated:  October 16, 2007 | /s/<br>DONALD UNGAR, ESQ.<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  October 22 , 2007   _____
EDWARD M. CHEN
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION TO DISMISS
C07-1123 EMC                                    2